75304

SYLVOR & RICHMAN, LLP

**Empire Process Service, Inc.**
2920 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

CASE # TIME WARNER, INC.

# UNITED STATES SOUTHERN DISTRICT COURT

**COUNTY OF** NEW YORK

**INDEX NO.:** 07 CV 5871

ZOHREH STARR A/K/A ZOE STARR

*Plaintiff(s)*

against

TIME WARNER, INC. AND TIME WARNER CABLE, INC.

*Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS   ss.:

BRUCE ANGLIN being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 06/27/07 12:49 PM at 1 TIME WARNER CENTER, 14TH FLOOR NEW YORK, NY 10019 deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION bearing Index# 07 CV 5871 & filing date 06/21/07 on TIME WARNER, INC.

**INDIVIDUAL** [ ] by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein named, therein. (S)He identified (her) himself as such.

**CORPORATION** [X] a DOMESTIC CORPORATION, by delivering thereat a true copy of each to MATT DURNIN personally; deponent knew said DOMESTIC CORPORATION so served to be the DOMESTIC CORPORATION described as the named defendant and knew said individual to be the LEGAL COUNSEL thereof.

**SUITABLE AGE PERSON** [ ] by delivering thereat a true copy of each to a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** [ ] by affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with and having called there on

**MAILING** [ ] On deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 5'11 | 200 |

**USE IN NYC CIVIL CT.** [ ] Other identifying features: GLASSES

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** [ ] I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 06/28/07

TARA M. MAROLLA
NOTARY PUBLIC, State of New York
No. 01MA5035821
Qualified in Richmond County
Commission Expires November 14, 2010

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18, _____

BRUCE ANGLIN

822780
LICENSE NO. _____