```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ZOHREH STARR a/k/a ZOE STARR,

                      Plaintiff,

    - against -

TIME WARNER, INC., and TIME WARNER
CABLE, INC.

                      Defendants.
------------------------------------------------------------x

07-CV-5871 (DC)
ECF CASE

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff Zohreh Starr a/k/a Zoe Starr and counsel for defendants Time Warner Inc., and Time Warner Cable, Inc. ("Time Warner") that defendants shall have an extension until August 6, 2007 within which to respectively serve an Answer, move or otherwise respond to the Complaint.

Dated: New York, New York
         July 18, 2007

SEYFARTH SHAW LLP

By: _____
   Richard Reice (RR-8874)
   Anjanette Cabrera (AC-3922)
1270 Avenue of the Americas, Suite 2500
New York, New York 10020
(212) 218-5500
Attorneys for Defendants
Time Warner Inc., and Time Warner Cable, Inc.

SYLVOR & RICHMAN, LLP

By: _____
   Boris Sorin, Esq. (BS-9689)
605 Third Avenue- 15th Floor
Attorneys for Plaintiff
Zohreh Starr a/k/a Zoe Starr

SO ORDERED this 18th day of July, 2007:

_____
DENNY CHIN
UNITED STATES DISTRICT JUDGE

NY1 26476416.1