AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

ZOHREH STARR,
            Plaintiff

-against-

TIME WARNER, INC., and TIME WARNER CABLE, INC.
            Defendants.

**APPEARANCE**

Case Number: 07-CV-5871

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    Time Warner, Inc.
    Time Warner Cable, Inc.

I certify that I am admitted to practice in this court.

SEYFARTH SHAW LLP

July 31, 2007
Date

*[signature]*
Signature

Richard Reice        8874
Print Name             Bar Number

620 Eighth Avenue
Address

New York,    NY    10018-1405
City           State       Zip Code

212-218-3390       212-218-5526
Phone Number          Fax Number