## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2007, the foregoing Notice of Motion to Dismiss the Complaint; Memorandum of Law in Support of Defendants' Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Motion to Dismiss the Complaint, together with Tabs 1 through 16; and the Declaration of Richard Reice, together with exhibits A through G, were filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel of record for plaintiff:

                                    Boris Sorin, Esq.
                                    SYLVOR & RICHMAN, LLP
                                    605 Third Avenue- 15th Floor
                                    New York, New York 10158


                                    s/ Richard Reice
                                    Richard Reice (RR-8874)