UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ZOHREH STARR a/k/a ZOE STARR,

                Plaintiff,

      - against -

TIME WARNER, INC., and TIME WARNER
CABLE, INC.

               Defendants.
------------------------------------------------------------x

07-CV-5871 (DC)

**NOTICE OF**
**CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE that, effective _July 30_, 2007, the New York office of Seyfarth Shaw LLP, counsel for Defendants TIME WARNER, INC., and TIME WARNER CABLE, INC., in the above captioned matter, will move.

      The new address and contact information for the undersigned is as follows:

620 Eighth Avenue
New York, New York 10018-1405
Main Office Number: (212) 218-5500
Main Fax Number: (212) 218-5526

Dated: New York, New York
_July 30_, 2007

                                              SEYFARTH SHAW LLP

                                              By_____
                                                 Richard M. Reice
                                                 Attorney for Defendants TIME WARNER,
                                                 INC., and TIME WARNER CABLE, INC.
                                                 620 Eighth Avenue
                                                 New York, New York 10018-1405
                                                 Main Office Number: (212) 218-5500
                                                 Main Fax Number: (212) 218-5526

TO:   Boris Sorin, Esq.
        SYLVOR & RICHMAN, LLP
        605 Third Avenue- 15th Floor
        New York, NY 10158

NY1 26476939.1

**AFFIDAVIT OF SERVICE BY REGULAR MAIL**

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

**DENNIS G. FARRELL**, being duly sworn, deposes and says:

I am not a party to the action; I am over 18 years of age and reside in the County of Middlesex, State of New Jersey.

On _August 6_, 2007, I served the within **Notice of Change of Address** by depositing a true copy of same, addressed to the party listed below, enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Boris Sorin, Esq.
SYLVOR & RICHMAN, LLP
605 Third Avenue- 15th Floor
New York, NY 10158

_____
DENNIS G. FARRELL

Sworn to before me this
6th day of August 2007

_____
Notary Public

ALAYNA BALDANZA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01BA6103726
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES JANUARY 12, 20 0C

NY1 26476939.1