USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2007

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
ZOHREH STARR a/k/a ZOE STARR,        :

              Plaintiff,             :    ORDER

         - against -                 :    07 Civ. 5871 (DC)

TIME WARNER INC. and                 :
TIME WARNER CABLE INC.,
                                     :
              Defendants.
                                     :
- - - - - - - - - - - - - - - - - - -x
```

**CHIN, D.J.**

     Defendants filed their motion to dismiss without requesting a pre-motion conference, as required by the Court's rules. Nonetheless, the motion is accepted for filing. Plaintiff shall respond by September 10, 2007. Defendants' reply papers are due on September 20, 2007.

     SO ORDERED.

Dated:   New York, New York
          August 20, 2007

                                         DENNY CHIN
                                         United States District Judge