

**UNUMPROVIDENT.**

**INCOME PROTECTION CLAIM**
Mail to: The Benefits Center, P.O. Box 12030,
Chattanooga, TN 37401-3030
Claim Questions: 800.633.7479   Fax To: 423.755.3009

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

Name of Patient: **ZOREH STARR**
Home Telephone Number: **212 787 9803**
Date of Birth: **07.04.64**
Social Security Number: **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**

Employer Name: Time Warner Cable
Employer Telephone Number: **203-328 0600**

**Instructions:** If this claim is related to normal pregnancy, complete the Normal Pregnancy section. For all other claims, including complicated pregnancy, complete the All Other Conditions section. **In all situations, you must complete the signature block at the bottom of this form.**

### Normal Pregnancy
1. Expected Delivery Date:
   If Delivered, Actual Delivery Date:
   Type of Delivery ☐ Vaginal ☐ C-Section
2. Date First Unable to Work
   Date Hospitalized
3. Has patient been released to work in her own occupation? ☐ Yes ☐ No   In any occupation? ☐ Yes ☐ No
   If not, when should the patient be able to return to work?  Full Time _____  Part Time _____

### All Other Conditions
1. **Diagnosis** - Please include the primary diagnosis and list any secondary conditions.
Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number

**309.0 ADJUSTMENT DISORDER C DEPRESSED MOOD (DSM IV), (ICD-9).**
**564.1 IRRITABLE BOWEL (ICD-9-CM)**

2. Date First Unable to Work **08.30.04**   Date Hospitalized
3. Has patient been released to work in his/her own occupation? ☐ Yes ☒ No   In any occupation? ☐ Yes ☐ No
   If not, when should the patient be able to return to work?  Full Time **UNDETERMINED**  Part Time
4. Is this disability related to the patient's employment? ☐ Yes ☐ No ☒ Unknown
5. If complicated pregnancy  Expected Delivery Date:   If Delivered, Actual Delivery Date:   Type of Delivery ☐ Vaginal ☐ C-Section
6. Date of first visit for this illness or injury **AUG. 30, 04**
7. Nature of treatment (including surgery and medications prescribed)
**PSYCHOTHERAPY A. MEDICATION**
Name of Surgical Procedure   Date of Surgery

8. If the patient has demonstrated a loss of function, please describe restrictions and limitations in the space provided below.

RESTRICTIONS (What the patient should not do)
**PT. SHOULD NOT BE EXPOSED TO COMPLEX A. DEMANDING WORK, OR BE ENGAGED IN REGULAR WORK AND PERFORMANCE LOAD AND RESPONSIVE A. RESPONSIBLE INTERACTION C CLIENTS A. PEERS.**

LIMITATIONS (What the patient cannot do)
**PT. CANNOT MAINTAIN FOCUSED CONCENTRATION, OR CLARITY OF MIND, SHE LACKS CURRENTLY PHYSICAL A. MENTAL STRENGTH TO FUNCTION AT HER REGULAR LEVEL OF PROFESS. SKILLS, SHE EXPERIENCES VERTIGO WHEN SITTING UP.**

Date restrictions and limitations began **AFTER SEVERAL MONTHS OF DISTRESS OF INCREASING SEVERITY PT. BECAME TOTALLY DISABLED ON 8.28.04**

9. Referring physician or other treating physicians (names, addresses, telephone numbers):

---

Please include copies of all applicable office notes and test results.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.

Print or Type Name: Joerg Bose, M.D.
Degree:
Medical Specialty: **PSYCHIATRY**
Street Address: 20 West 74th Street
City: New York, N.Y. 10023
Telephone Number: **212 787 9041**
State:   ZIP Code:
Fax: **212 362 6967**
Signature of Physician: *Jörg Bose*
Date: **9.17.04**
SSN or Employer's ID Number: **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**
Are you, the physician, related to this patient? ☐ Yes ☒ No
If yes, what is the relationship?

1194-02 (8/04)