290 Harbor Drive
Stamford, CT 06902
Tel 203-351-2098
Fax 203-328-4031
joanne.coniglio@twcable.com

Joanne Coniglio
Sr. Manager Human Resources


**TIME WARNER CABLE**

September 14, 2004

Zoe Starr
19 East 88th Street, Apt. 3A
New York, NY 10128

Dear Zoe,

We received another note from your Doctor yesterday. This is to advise you that this is not sufficient or proper documentation to justify your absences since August 27, 2004. We provided you with copies of the FMLA Leave Request Form and the UNUM Provident Doctor's Certification Form on September 7, 2004 and again on September 10, 2004 both of which have not yet been received. Your Doctor must complete the UNUM Provident paperwork and submit directly to UNUM Provident. In addition, the FMLA Request form and Certification of Health must be submitted directly to myself. This paperwork must be received by UNUM Provident no later than **Friday, September 17, 2004** or you must return to work by this date. Otherwise we will assume you have voluntarily resigned from your position and will act accordingly.

Please feel free to contact me at 203-351-2098 with any questions.

Sincerely,

Joanne K. Coniglio
Sr. Human Resources Manager

Cc:   Julie Simon