September 17, 2004

Joanne K. Coniglio
Time Warner Cable
290 Harbor Drive
Stamford, CT 06902

Dear Joanne,

This is to inform you that I am not resigning. The papers are being completed by my doctor and the certification will be completed by the date that I was given, September 27th.

Thank you.

Zoë Starr

Cc: Robert Sylvor, Esq.