Date: January 10, 2005

To: Joanne Coniglio
Fax #: 203-328-4031

From: Zoë Starr

Dear Joanne:

Thank you for your call. I am making progress. However, I am still under doctor's supervision and not in a condition to return to work yet.

As for my plans… I wish to regain my health and resume my career. I would hope to be back by early April. Will it be possible to keep my position open until then, without undue hardship to the company?

Regards,

*[signature]*
Zoë Starr