[illegible] Harbor Drive
Stamford, CT 06902
Tel 203-351-2098
Fax 203 328-4031
joanne.coniglio@twcable.com

Joanne K. Coniglio
Sr. Manager Human Resources

TIME WARNER CABLE

January 11, 2005

Zoe Starr
19 East 88th Street
New York, NY 10128

Dear Zoe:

I received your request dated January 10, 2005 to hold your position through April 2005. Unfortunately, we will be unable to hold your position until April. You can, however, apply for any position that is open at that time and that you are qualified for.

If you have any questions, I can be reached at 203-351-2098.

Sincerely,

Joanne K. Coniglio
Director, Human Resources