Date: March 29, 2005

To: Cheryl Seitles
Fax #: 203-328-4031


Dear Cheryl:

I would appreciate it if you could help me follow up with a few important items:

1: Outstanding expense reports: I had sent a package to Brain Kelly in early February and have not heard anything back yet.

2: 2004 bonus: Could you let me know the status?

Hope you are well and thank you so much for your help.


Sincerely,

*[signature]*

Zoë Starr


Cc: Robert Sylvor, Esq.
    Tom Mathews