TIME WARNER
CABLE

April 7, 2005

Zoe Starr
19 East 88th Street
Apt. 3A
New York, NY 10128

Dear Zoe,

I received your fax dated March 29, 2005 regarding your concerns about your bonus
payment and your outstanding expenses. Your bonus payment is being processed and
you will be receiving a live check next week to your home. In regards to your expenses,
they are currently being input into the system and Julie Simon will review for approval.
Once this is complete, we will be able to process your expense check. I will follow up
with you once this process is complete. Thank you for your patience and I hope that all is
well.

If you have any questions, I can be reached at 203-351-2092.

Sincerely,

Cheryl Seitles
Human Resources Representative

Cc:    Joanne Coniglio
       Tom Mathews
       Julie Simon
       Brian Kelly