6/05

Dear Tom:

Just a little note to say hello and to check in with you.

I am hoping to be able to resume my career in a few months and was curious what opportunities/positions do you forsee opening up in that time frame.

Thanks Tom... Hope you're doing great.

All the best,

Evie Starr