

# TIME WARNER
CABLE

July 11, 2005

Zoë Starr
19 E. 88 #BA
New York, NY  10128

Dear Zoë:

We are in receipt of your note re opportunities/positions within Time Warner Cable; however, we need to obtain a copy of your resume. Please mail to the following address:

Tom Mathews
c/o Time Warner Cable
7910 Crescent Executive Drive
Charlotte, NC  28217

Thank you.

Sincerely,

Joan Bradley
Executive Assistant

:jb