7/05

Dear Tom:

Hope you are doing well.

Enclosed is my resume which you had requested through Joan. I can only imagine how busy you must be these days ... and I really appreciate your help.

All my best,

Zoë Starr