9/05

Dear Tom,

Just a little note to say hello and to follow-up/check-in with you w/ regards to opportunities/openings in the near future as I am hopeful to resume my career soon.

I really appreciate your help, as I can only imagine how busy you are.

Hope you had a relaxing and enjoyable Labor Day.

All my best,

Zoë Stow