Jan 06

Dear Tom,

I will be ready to return to work & resume my career as early as March 1.

Please let me know how to proceed.

Thank You!

Eve Starr