Feb 24, 06

Dear Tom,

Hope you are well. I am following up on the letter I sent you in January regarding being able to return to work as early as March 1st.

I have not heard anything back from you, and I can only conclude that there are no positions available at this time. If so, please let me know.

Also, it appears that HBO is looking for Director of Home Video, which is something that I would be interested in.

Thank you Tom. Looking forward to hearing from you.

Best,
Eric Starr