**Zoë Starr**
212.784.9863 | zoecstarr@aol.com

Tom Mathews
Time Warner Cable
7910 Crescent Executive Drive
Charlotte, NC 28217

March 29, 2006

Dear Tom,

I hope you are well. Unfortunately, after my numerous letters regarding being able to return to work, I still have not heard from you.

My last letter of Feb 24 to you, was followed by a phone message by Joanne Coniglio in March, stating that you had forwarded my note to her.

I had a series of bullying, threatening and harassing letters and messages from Ms. Coniglio during the time that I was dealing with critical health issues and was on disability. Her actions were extremely distressing and further debilitating. I have been advised not to have any contact with her or anyone that guided her on those actions.

I was directly communicating with you, as I was hoping that such actions were not endorsed by the entire company. By sending my case back to Ms. Coniglio, I am assuming that those actions are endorsed and that there are no positions for me at Time Warner.

Also, it appears that my pursuit to seek employment has been intentionally hampered by the company, which I further find distressing.

Sincerely,

Zoe Starr

Cc: Marc Apfelbaum - Time Warner Cable
    Robert Sylvor, Esq.