7910 Crescent Executive Drive
Charlotte, NC 28217
Tel 704-731-3458
Fax 704-731-1196
tom.mathews@twcable.com

Thomas Mathews
Senior Vice President
Human Resources


TIME WARNER
CABLE

April 7, 2006

Zoë Starr
19 East 88th Street, Apt. 3A
New York, NY  10128

Dear Zoë:

I have received your letter of March 29 concerning your ability to return to work. As you know, because your leave began in August 2004 and you were not able to return to work until March 1, 2006, the Company was under no obligation to hold open your position, and due to a restructuring in 2005, that position no longer exists.

As you mention in your letter, I forwarded your February 24 letter to Joanne Coniglio, Director of Human Resources in Stamford, for handling. Joanne is responsible for Human Resources in our Stamford office and it is entirely appropriate that she would handle your inquiry. In response to the letter, she called to inform you that there was an open position in the Marketing Department which you could apply for, along with any other open positions on the Time Warner website. Contrary to your assertion that the Company has somehow indicated to you that there are no positions for you at Time Warner, you were told that you could apply for any open positions for which you are qualified. In no way has your "pursuit to seek employment . . . been intentionally hampered by the company." If you are interested in any open positions, you are invited to follow the ordinary application procedures.

Turning to your concerns about communications from Joanne in connection with your disability leave, I am extremely confident that all of Joanne's communications concerning your rights and obligations under Company procedures and the law were entirely appropriate and cannot be characterized as "bullying, threatening [or] harassing." However, should you have any further questions about applying for jobs with Time Warner, in lieu of contacting Joanne, you may contact Michele Roth, Vice President of Corporate Human Resources at 704-731-3115.

Sincerely,

Tom Mathews

TM/jb

Cc:   Kevin Smith
      Michele Roth