

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Boston Area Office

John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, MA 02203
(617) 565-3200
TTY (617) 565-3204
FAX (617) 565-3196

Zoe Starr
1043 North Sierra Bonita Avenue, Apt. #2
West Hollywood, CA 90046

RE: Charge No. 520-2007-00235 Starr v Time Warner Cable

Dear Ms. Starr:

MAR 27 2007

    The purpose of this letter is to inform you of the disposition of the charge of discrimination that you filed with this office.

    You claim you were discriminated and harassed due to your Iranian decent. As a result of the hostility, you alleged you were forced to go on long-term disability, which was approved by the Respondent's insurer. After being out on long-term disability for several months, the Respondent notified you by letter, on January 11, 2005, that the company could no longer hold your position open any longer.

    A charge must be filed with the EEOC within 300 days from the date of the last alleged violation in order to protect your rights. Unfortunately, you did not file the charge within the time limit permitted by law (your charge was actually received and filed in November of 2006). Your filed charge was over the 300 day period. Therefore, the EEOC lacks jurisdiction to investigate your charge.

    Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may pursue this matter by filing a suit against the Respondent named in the charge within 90 days of receipt of your determination letter. Otherwise, your right to sue will be lost.

Sincerely,

*Edward Ostoski*
Edward Ostoski
Investigator

EEOC Form 161 (3/98)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Zoe Starr<br>1043 North Sierra Bonita Ave<br>Apt. 2<br>West Hollywood, CA 90046 | From: | Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2007-00235 | Edward J. Ostolski, Investigator | (617) 565-3214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Area Office Director

(Date Mailed) MAR 27 2007

Enclosures(s)

cc:  TIME WARNER CABLE
     290 Harbor Drive
     Stamford, CT 06902