UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ZOHREH STARR a/k/a ZOE STARR, | Case No. 07-CV-5871 (DC) |
| Plaintiff, | **DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| TIME WARNER, INC. and TIME WARNER CABLE, INC., | |
| Defendant(s). | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Time Warner Cable, in the above captioned action, certifies that Time Warner Cable is a publicly traded (on the NYSE) Delaware corporation that is approximately 84% owned by Time Warner Inc., which is also a publicly traded Delaware corporation traded on the NYSE.

New York, New York
Dated: December 7, 2007

Respectfully submitted,
SEYFARTH SHAW LLP
By ____s/ Richard Reice_____
    Richard Reice (RR-8874)
    Anjanette Cabrera (AC-3922)

620 Eighth Avenue, 32nd Floor
New York, New York 10018
Attorneys for Defendant Time Warner Cable

NY1 26493890.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed the foregoing DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT, with the Clerk of the Court of the Southern District of New York using the CM/ECF system that will send notification of such to the following counsel of record for plaintiff:

>Boris Sorin, Esq.
>SYLVOR & RICHMAN, LLP
>605 Third Avenue- 15th Floor
>New York, New York 10158

By:    s/ Anjanette Cabrera
          Anjanette Cabrera