# MEMO ENDORSED

**SYLVOR & RICHMAN, LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, N.Y. 10158
TELEPHONE
(212) 972-1100
FACSIMILE
(212) 983-5271

IRIS S. RICHMAN*
ROBERT SYLVOR

BORIS SORIN*
NANCY JEAN ROCKER†

*ALSO MEMBER OF NEW JERSEY BAR
†ALSO MEMBER OF FLORIDA BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2008

NEW JERSEY OFFICE:
2100 LINWOOD AVENUE, SUITE 12-0
FORT LEE, N.J. 07024
TELEPHONE: (201) 262-8888
FACSIMILE: (201) 262-1288

WWW.SYLVORANDRICHMAN.COM

April 9, 2008

VIA FAX ONLY: (212) 805-7906
Hon. Denny Chin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1020
New York, NY 10007

Re: *Starr v. Time Warner Cable, Inc , et al.*
    <u>CV 07-5871 (DC)</u>

Dear Hon. Denny Chin:

We are counsel to Plaintiff Zoe Starr in the above-referenced lawsuit. I am writing you on consent of Richard Reice of Seyfarth Shaw, LLP, counsel for Defendant Time Warner Cable, Inc. Both parties are requesting to adjourn the status conference that is schedule for this Friday, April 11, 2008 to the first available date in May 2008.

The parties are in the process of gathering and exchanging discovery. We will then immediately schedule depositions. The additional time being requested will allow both parties to better prepare and report to the Court the status of this lawsuit.

Thank you for your time and attention to this matter. If you require any additional information, please do not hesitate to contact the undersigned.

Sincerely,

Boris Sorin

cc:
VIA FAX ONLY: (212) 218-5526
Richard Reice
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY 10018-1405

*Handwritten endorsement:* The discovery cut-off (fact and expert) is extended until May 16, 2008. FINAL. The PTC is adjourned until May 16, 2008 at 10:30 am. SO ORDERED. [signature] 4/10/08 USDJ