UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ZOHREH STARR,

     Plaintiff,

  - against -

TIME WARNER CABLE, INC.,

     Defendant.
- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 5871 (DC)

**CHIN, District Judge**

  The Court has received the parties' discovery letters dated May 5, 6, and 7, 2008.

  The discovery cut-off is extended to June 13, 2008; all discovery, fact and expert, shall be completed by then. The May 16, 2008 pre-trial conference is adjourned to June 13, 2008 at 11 a.m.

  The parties are ordered to respond to all outstanding discovery requests, to the extent they have not already done so, forthwith.

  SO ORDERED.

Dated: New York, New York
    May 7, 2008

               DENNY CHIN
               United States District Judge