```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ZOHREH STARR a/k/a ZOE STARR,        :

                    Plaintiff,       :

         - against -                 :
                                            07 Civ. 5871 (DC)
TIME WARNER, INC. and TIME WARNER    :
CABLE, INC.,
                                     :
                    Defendants.
                                     :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09

ORDER

**CHIN, District Judge**

   The Court will not refer this case for settlement at this time.

   Defendant's time to move for summary judgment is extended to May 29, 2009.  Opposition papers are due June 26, 2009.  Reply papers, if any, are due July 10, 2009.

   SO ORDERED.

Dated:   New York, New York
         May 15, 2009

                                   _____
                                   DENNY CHIN
                                   United States District Judge